**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Willard Gene PERRY,
Defendant-Appellant.**

**No. 50312.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 6, 1986.

Motion for Rehearing and/or Transfer
Denied June 4, 1986.

Application to Transfer Denied
July 15, 1986.

James Jay Knappenberger, Charles M. Shaw, Clayton, for defendant-appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant, Willard Gene Perry, appeals jury conviction of arson in the second degree. § 569.050 RSMo 1978. He was sentenced to six months imprisonment and ordered to pay a $5,000 fine. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 30.25(b).